IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 3:09-CR-00120-P |
| JOEL WILLIAM PETERSEN | § | |

**ENTRY OF APPEARANCE AS COUNSEL OF RECORD**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

I hereby enter my appearance as retained counsel for the above-named Defendant in this cause.

I understand that it is my duty to continue to represent the named Defendant in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Respectfully submitted,

BURLESON, PATE & GIBSON, L.L.P.

/s/ Michael P. Gibson
_____
MICHAEL P. GIBSON
TEXAS BAR CARD NO.07871500

900 Jackson Street, Suite 330
Dallas, Texas  75202
Telephone:  (214) 871-4900
Facsimile:  (214) 871-7543

COUNSEL FOR DEFENDANT
JOEL WILLIAM PETERSEN

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing motion was delivered by ECF filing to Christopher Stokes, the Assistant United States Attorney in charge of this case, 1100 Commerce Street, 3rd Floor, Dallas, TX 75242, and Rhonda K. Rogers, United States Attorney's Office, 1100 Commerce Street, 3rd Floor, Dallas, TX 75242, on this the 18th day of May, 2009.

          */s/ Michael P. Gibson*

          _____
          MICHAEL P. GIBSON